In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-449 CR


______________________


 

SAMANTHA MAE ARMSTRONG, Appellant



V.



THE STATE OF TEXAS, Appellees






On Appeal from the County Court at Law No. 1


 Montgomery County, Texas


Trial Cause No. 05-209785






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Samantha Mae Armstrong, to
withdraw her notice of appeal pursuant to Tex. R. App. P. 42.2. The request is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted, and the
appeal is therefore dismissed. The motion to issue the mandate early is granted. We direct
the Clerk of the Court of Appeals to issue the mandate immediately.


 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered January 31, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, J.J.